## MINUTES OF THE UNITED STATES DISTRICT COURT
## DISTRICT OF ALASKA

UNITED STATES v. DELYNN BROUILLET

Case No. *3:04-cr-00004-JKS*

**THE HONORABLE JOHN D. ROBERTS, United States Magistrate Judge**
Jo Ann Mingo, Judicial Assistant Magistrate Judge's Office

### MINUTE ORDER FROM CHAMBERS

In light of the retirement of Magistrate Judge A. Harry Branson and at the direction of Chief Judge Sedwick, the magistrate judge referral in the above referenced case is hereby reassigned to Magistrate Judge John D. Roberts.

**Entered at the direction of the Honorable John D. Roberts, United States Magistrate Judge**

December 21, 2006

Any request for other information or for clarification, modification, or reconsideration of this Order, or for extension of time must be made as a motion. See FED.R.CIV.P. 7(b)(1); D.Ak.LR. 7.1(1).  No one should telephone, fax or write to chambers regarding pending cases.  The magistrate judge's judicial assistant and/or law clerk are not permitted to discuss any aspect of this case, provide any information or communicate with any person including litigants, lawyers, witnesses and the public regarding cases.

C:\Documents and Settings\pam\Local Settings\Temp\notes9E97F0\~8521750.wpd