

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:

**PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | Brouillet, Delynn Marlene |
| DATE OF BIRTH: | 6/14/60 |
| CHARGE: | Violation of Supervised Release |
| CASE NUMBER: | A04CR0004 |
| PLACE HELD: | ACC-E |
| DATE OF ARREST: | 12/21/06 |
| TIME OF ARREST: | 1400 |
| PLACE ARRESTED: | Probation Office |
| ARRESTED BY: | USMS, John Olson |

REMARKS:

BOOKED IN ENGLISH:    YES __x__        NO_____

LANGUAGE: _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.