# United States District Court
## for the
# District of Alaska
### Petition for Warrant or Summons for Offender Under Supervised Release

Name of Offender: Delynn Brouillet                                    Case Number: 04CR0004

Sentencing Judicial Officer:     James K. Singleton, Senior U.S. District Court Judge

Date of Original Sentence:       October 26, 2004

Original Offense:                Wire Fraud, 18 USC 1343

Original Sentence:               3 months custody and 3 months supervised release; special conditions

Date Supervision Commenced:      December 30, 2004

Asst. U.S. Attorney: Karen Loeffler            Defense Attorney: D. Scott Dattan

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall refrain from the unlawful use of a controlled substance," in that the defendant submitted to urinalysis testing on June 29, 2005 which proved positive for cocaine. This violation is a Grade C violation. |
| 2 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall refrain from the unlawful use of a controlled substance," in that the defendant submitted to urinalysis testing on January 23, 2006 which proved positive for cocaine. This violation is a Grade C violation. |
| 3 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall refrain from the unlawful use of a controlled substance," in that the defendant submitted to urinalysis testing on August 22, 2006 which proved positive for cocaine. This violation is a Grade C violation. |
| 4 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall refrain from the unlawful use of a controlled substance," in that the defendant submitted to urinalysis testing on August 29, 2006 which proved positive for cocaine. This violation is a Grade C violation. |

*Petition for Warrant or Summons*
Name of Offender     :     *Delynn Brouillet*
Case Number          :     04CR0004

| | | |
|---|---|---|
| 5 | | The defendant has violated the Mandatory Condition of Supervision "The defendant shall refrain from the unlawful use of a controlled substance," in that the defendant submitted to urinalysis testing on September 5, 2006 which proved positive for cocaine. This violation is a Grade C violation. |
| 6 | | The defendant has violated the Mandatory Condition of Supervision "The defendant shall refrain from the unlawful use of a controlled substance," in that the defendant submitted to urinalysis testing on September 8, 2006 which proved positive for cocaine. This violation is a Grade C violation. |
| 7 | | The defendant has violated the Mandatory Condition of Supervision "The defendant shall refrain from the unlawful use of a controlled substance," in that the defendant submitted to urinalysis testing on December 13, 2006 which proved positive for cocaine. This violation is a Grade C violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X]    Revoked
    [ ]    Extended for _____ year(s), for a total term of _____ years.

[ ]    The conditions of supervised release should be modified as follows:

Respectfully submitted,

**Redacted Signature**

Michael Pentangelo
Senior U.S. Probation Officer
Date: December 20, 2006

Approved by:

**REDACTED SIGNATURE**

Eric D. Odegard
Supervising U.S. Probation Officer

THE COURT ORDERS



[X]    *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender. The*

-2-

*Petition for Warrant or Summons*
*Name of Offender* : *Delynn Brouillet*
*Case Number* : *04CR0004*

    petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]   Other:

          **REDACTED SIGNATURE**
          James K. Singleton
          Senior U.S. District Court Judge

          12/20/2006
          Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(I), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.

**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio,* 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

# United States District Court
for the
## DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case Number: A04CR0004 |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| Delynn Brouillet | ) | |

I, Michael Pentangelo, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of supervised release for Delynn Brouillet, and in that capacity declare as follows:

The defendant was sentenced on October 26, 2004 to 3 months custody and 3 years supervised release with special conditions for drug treatment and testing; search/seizure; full financial disclosure; no new debt unless approved by the probation officer; and an employment restriction requiring the defendant to inform her employer or prospective buyer/lender of her conviction if she is to work as a loan originator. The defendant was fined $1000. This sentence followed a conviction for Wire Fraud, in violation of 18 USC 1343.

The defendant commenced supervised release on December 30, 2004.

Since the defendant commenced supervised release on December 30, 2004, she has been enrolled in random urinalysis testing.

The defendant submitted to urinalysis testing which proved positive for cocaine on June 29, 2005 and January 23, 2006.

The defendant was enrolled in an outpatient drug treatment program at the Salvation Army Clitheroe Center (SACC) in February 2006. The defendant completed this program on August 31, 2006.

The defendant submitted to urinalysis testing which proved positive for cocaine on August 22, 2006; August 29, 2006; and September 5, 2006. The probation officer did not receive these confirmed test results until September 7, 2006.

The defendant submitted to urinalysis testing which proved positive for cocaine on September 8, 2006.

The defendant was re-enrolled in drug treatment at SACC.

On December 13, 2006, the defendant submitted to urinalysis testing which proved positive for cocaine.

Executed this 20th day of December 2006 at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

__REDACTED SIGNATURE__
Michael Pentangelo
Senior U.S. Probation Officer