# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

## RELEASE ORDER

**TO:** UNITED STATES MARSHAL

**RE:** UNITED STATES OF AMERICA VS. __DELYNN BROUILLET__

**CASE NO:** __3:04-CR-00004-JKS__

---

Defendant _____,

has this date met the bail conditions indicated below and is ordered discharged from custody.

__X__ Released to __U.S. Probation Officer__, ~~the third party custodian~~(s)

____ Paid cash bail in the amount of _____ to the Clerk of Court

____ Posted unsecured bond in the amount of _____

____ Posted bond secured by ____ property or ____ surety in the amount of _____ with the Clerk of Court

____ Surrendered passport to the Clerk of Court

____ Other _____

Dated at __Anchorage__, Alaska this __22nd__ day of __December__, 20__06__

/s/ John D. Roberts
SIGNATURE REDACTED
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal

@ 3:10 pm

(Rev 12/06)