MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs  DELYNN BROUILLET    CASE NO.  3:04-CR-00004-JKS
Defendant: X Present    X In Custody

BEFORE THE HONORABLE        JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:       CAROLINE EDMISTON

UNITED STATES ATTORNEY:      TOM BRADLEY

DEFENDANT'S ATTORNEY:        SUE ELLEN TATTER, APPOINTED

U.S.P.O.:                    MIKE PENTANGELO

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 47) Held 12/22/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:35 a.m. Court convened.

 X Copy of Petition to Revoke Supervised Release given to defendant; read.

 X Defendant sworn.

 X Defendant advised of general rights, charges and penalties.

 X Defendant states true name:   Same as above.

 X Financial Affidavit **FILED**;  Federal Public Defender accepted appointment.  FPD notified.

 X Defendant DENIED Allegations 1 thru 7 of the Petition to Revoke Supervised Release.

 X Consent to Proceed before U.S. Magistrate Judge **FILED.**

 X Defendant detained.

 X Order Setting Conditions of Release **FILED**.

 X Evidentiary Hearing set **January 3, 2007 at 2:00 p.m.** before Magistrate Judge Roberts.

 X OTHER: Court and counsel heard re defendant's oral motion to release the defendant to the Cordova Center; **GRANTED**.  Court directed parties to inquire as to bed space availability and if available will sign a release order to the Cordova Center.

At 11:58 a.m. court adjourned.


DATE:    December 22, 2006          DEPUTY CLERK'S INITIALS:   ce