Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DELYNN MARLENE BROUILLET,<br><br>Defendant. | NO. 3:04-cr-0004-JKS<br><br>**ENTRY OF APPEARANCE** |

Sue Ellen Tatter, Assistant Federal Public Defender for the District of Alaska,

hereby enters her appearance as counsel for the Defendant DELYNN MARLENE

BROUILLET in the above-captioned action.

DATED this 3rd day of January 2007.

Respectfully submitted,

/s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:         907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on January 3, 2007,
a copy of the **Entry of Appearance**
was served electronically on:

Karen Loeffler
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

/s/Sue Ellen Tatter