```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs.    DELYNN BROUILLET      CASE NO. 3:04-CR-00004-JKS
Defendant:  X Present    X On Bond

BEFORE THE HONORABLE:          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:         CAROLINE EDMISTON

UNITED STATES' ATTORNEY:       THOMAS BRADLEY

DEFENDANT'S ATTORNEY:          SUE ELLEN TATTER

U.S.P.O.:                      MIKE PENTANGELO

PROCEEDINGS: EVIDENTIARY HEARING ON PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 47) Held 01/03/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:06 p.m. court convened.
```

 X Defendant sworn and stated name: same as above.

 X Defendant **ADMITTED** allegations 1, 2, 3, 4, 5, 6 and 7 of the Petition to Revoke Supervised Release.

 X Matter to be referred to U.S. District Judge for Final Disposition Hearing.

 X Defendant's conditions of release remain as previously set.

 X OTHER: Court and counsel heard re parties agreement to have case reassigned to another District Judge in order for the case to proceed as soon as possible. Court and counsel heard re parties request to have a status hearing re case put on next week in front of District Judge. Court and counsel heard re parties stipulation to sentence and defendant's entering an in-patient treatment center for 90 days as soon as possible.

At 2:20 p.m. court adjourned.

DATE:    January 3, 2007       DEPUTY CLERK'S INITIALS:    Ce