**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  DELYNN BROUILLET  </u>

THE HONORABLE JAMES K. SINGLETON

D<small>EPUTY</small> C<small>LERK</small>                                         CASE NO.  <u> 3:04-cr-00004-JKS </u>

<u> Linda Christensen </u>

<u>PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**      DATE: January 4, 2007</u>

  By agreement of the judges, the above-referenced case is hereby reassigned to the Honorable John W. Sedwick for all further proceedings.  Please use the following case number on all future filings: 3:04-cr-00004-JWS.

[]{IQ1.WPD*Rev.12/96}