**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

UNITED STATES OF AMERICA   v.   DELYNN BROUILLET

THE HONORABLE JOHN W. SEDWICK    CASE NO.  3:04-cr-00004-JWS

Deputy Clerk                     Official Recorder

Linda Christensen

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

Final Disposition Hearing in the above matter is hereby scheduled for **Wednesday, January 10, 2007 at 8:30 a.m.**

DATE:  January 4, 2007

ENTERED AT JUDGE'S DIRECTION
INITIALS:  lc
Deputy Clerk

[FORMS*IA*]