MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs. __DELYNN BROUILLET__   CASE NO. __3:04-CR-00004-JWS__
Defendant: _X_ Present   _X_ On Bond

BEFORE THE HONORABLE: _____JOHN W. SEDWICK_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____KAREN LOEFFLER_____

DEFENDANT'S ATTORNEY: _____SUE ELLEN TATTER_____

U.S.P.O.: _____MIKE PENTANGELO_____

PROCEEDINGS: FINAL DISPOSITION HEARING ON PETITION TO REVOKE
SUPERVISED RELEASE (DKT 47) Held 01-10-07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:39 a.m. court convened.

Court and counsel heard re parties recommended disposition and modification to bail conditions.

Court directed the defendant's bail conditions to be modified allowing the defendant to enter the Akeela House today and complete a 90 day residential drug treatment program.

Court directed the parties to file the appropriate paperwork with the court setting on a continued Disposition Hearing on Petition to Revoke Supervised Release after the defendants treatment program at the Akeela House.

At 8:44 a.m. court adjourned.

DATE: __January 10, 2007__   DEPUTY CLERK'S INITIALS: __Ce__