```
             MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA

U.S.A. vs. DELYNN BROUILLET            CASE NO. 3:04-cr-00004-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:           JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:          APRIL KARPER

UNITED STATES' ATTORNEY:        KAREN LOEFFLER

DEFENDANT'S ATTORNEY:           SUE ELLEN TATTER

U.S.P.O.:                       MICHAEL PENTANGELO

PROCEEDINGS: STATUS CONFERENCE HELD APRIL 9, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
```

At 10:00 a.m. court convened.

Court and counsel heard re defendant continuing treatment.

Defendant's conditions of release remain as previously set.

At 10:12 a.m. court adjourned.

DATE:     April 9, 2007          DEPUTY CLERK'S INITIALS:  amk