```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                          DISTRICT OF ALASKA
```

U.S.A. vs. DELYNN BROUILLET          CASE NO. 3:04-cr-00004-JWS
Defendant:  X Present  X On Bond

BEFORE THE HONORABLE:            JOHN W. SEDWICK

DEPUTY CLERK/RECORDER:           APRIL KARPER

UNITED STATES' ATTORNEY:         KAREN LOEFFLER

DEFENDANT'S ATTORNEY:            SUE ELLEN TATTER

U.S.P.O.:                        MICHAEL PENTANGELO

PROCEEDINGS: DISPOSITION HEARING RE PETITION TO REVOKE SUPERVISED
             RELEASE (DKT 49) HELD JULY 26, 2007:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 8:35 a.m. court convened.

 X FINAL DISPOSITION HEARING:

    X Supervised Release revoked.

    X Defendant imprisoned for a period of time equivalent to
      time served.

 X Defendant to serve an additional term of supervised release
   until December 1, 2008 under the same terms and conditions
   with special conditions of supervised release as stated in the
   judgment.

At 8:39 a.m. court adjourned.




DATE:       July 26, 2007         DEPUTY CLERK'S INITIALS:   amk


Revised 6-18-07