

JUL 30 2007

CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

UNITED STATES OF AMERICA,

vs.

DELYNN BROUILLET.

2nd **AMENDED JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or
Supervised Release)
For Offenses Committed On or After
November 1, 1987
(Original Judgment filed <u>10/06/04</u>)
Case Number: <u>3:04-cr-00004-JWS</u>
<u>Sue Ellen Tatter</u>
Defendant's Attorney

Defendant's probation officer filed a petition on <u>12/21/2006</u> accusing defendant of <u>7</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>admitted allegations 1 thru 7 of the Petition to Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| <u>Accusation #</u> | <u>Condition #</u> | <u>Nature of Violation</u> | <u>Date</u> | <u>Grade</u> |
|---|---|---|---|---|
| 1 | Mandatory | Positive UA | 06/29/05 | C |
| 2 | Mandatory | Positive UA | 01/23/06 | C |
| 3 | Mandatory | Positive UA | 08/22/06 | C |
| 4 | Mandatory | Positive UA | 08/29/06 | C |
| 5 | Mandatory | Positive UA | 09/05/06 | C |
| 6 | Mandatory | Positive UA | 09/08/06 | C |
| 7 | Mandatory | Positive UA | 12/13/06 | C |

The court concludes that the conditions of supervision set forth in the court's original judgment are subject to [_] modification or [X] revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

July 26, 2007
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
<u>JOHN W. SEDWICK, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer

7-27-07

Date

AO245.REV

Defendant: DELYNN BROILLET                    2ND Amended Judgment--Page 2 of 3
Case No.:   3:04-cr-00004-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release [X]   probation [_]   having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of <u>time served</u>.

[_]   The court makes the following recommendations to the Bureau of Prisons:


[_]   The defendant is remanded to the custody of the United States Marshal.
[_]   The defendant shall surrender to the United States Marshal for this district,
       [_]   at _____ a.m./p.m. on _____.
[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
       [_]   before 2 p.m. on _____.
       [_]   as notified by the United States Marshal.
       [_]   as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

                                           _____
                                                United States Marshal

                                           By _____
                                                    Deputy Marshal

AO245.REV

Defendant: DELYNN BROUILLET                    2ND Amended Judgment--Page 3 of 3
Case No.:   3:04-cr-00004-JWS

### PROBATION/SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:




The term of supervision is not [_] is [X] extended as follows:

Supervised release re-imposed to expire on December 1, 2008.


Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV